**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James P. Collins,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　　Respondents. | No. CV-06-985-PHX-PGR (LOA)<br><br><u>ORDER</u> |

 The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Anderson, filed April 26, 2007, notwithstanding that no party has filed any objection to the Report and Recommendation,

 IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #16) is accepted and adopted by the Court.

 IT IS FURTHER ORDERED that the petitioner's Amended Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (doc. #7) is denied and that this action is dismissed with prejudice.  The Clerk of

/ / /

/ / /

- 1 -

1 the Court shall enter judgment accordingly.

2     DATED this 6th day of June, 2007.

Paul G. Rosenblatt
United States District Judge